AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP - 8 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ramiro Cordova | ) | Case No. M-15-1552-M |
| DOB: 1976, Citizen of United States | ) | |
| David Mata | ) | |
| DOB: 1968, Citizen of United States | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 01, 2015__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Possession with the intent to distribute a Controlled Substance and |
| 21 USC 846 | Conspiracy to Possess with the intent to distribute a Controlled Substance, more than 5 Kilograms of Cocaine. |

This criminal complaint is based on these facts:
On 9-01-2015, Texas Department of Public Safety (DPS) Criminal Investigations Division (CID) Special Agent Eduardo Jimenez recieved information regarding a suspicious commercial motor vehicle (CMV) possibly involved in narcotics trafficking. The suspected CMV was described as a white truck tractor and trailer, bearing Texas registration R096608, and X30398 located at a residence in the vicinity of 3 Mile Rd. and Inspiration Road in Hidalgo County, Texas.

✓ Continued on the attached sheet.

Approved

*Complainant's signature*

Eduardo Jimenez, TX. DPS CID Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/8/2015  2:17 pm

*Judge's signature*

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

At approximately 3:00 pm, DPS CID Special Agents were able to corroborate the information and establish surveillance in the vicinity of Inspiration Road and 3 Mile Road.

Surveillance was maintained and at approximately 6:40 pm Agents observed a brown Ford Expedition arrive at the residence. Agents observed several male subjects in and around the truck tractor and trailer.

At approximately 7:00 pm the truck tractor trailer departed the residence's driveway and proceeded to travel east on 3 Mile Road to Texas 107. The truck tractor and trailer (R096608 and X30 398) turned left onto TX. 107 and proceeded to travel north.

At approximately 7:50 pm, Trooper Enrique Cantu conducted a traffic stop on the truck tractor and trailer on FM 1925 (Monte Cristo Road) just west of Business 281 in the Edinburg area. Shortly thereafter, Trooper Adam Sustaita, a K-9 handler, arrived on scene to assist. Trooper Cantu identified the driver as RAMIRO CORDOVA JR and a passenger as DAVID MATA. CORDOVA granted consent to search the truck tractor and trailer. Trooper Sustaita utilized K-9 "Brutus" to conduct a free air search around the truck tractor and trailer.

At approximately 8:16 pm, Trooper Sustaita advised S/A Jimenez that K-9 "Brutus" indicated a positive alert to the presence of some type of narcotics.

At approximately 8:20 pm, S/A Jimenez made contact with CORDOVA and advised CORDOVA that the K-9 had alerted to the presence of some type of narcotics inside the trailer. S/A Jimenez asked CORDOVA if CORDOVA would follow S/A Jimenez to the Pharr Port of Entry to have the truck tractor and trailer x-rayed. Cordova agreed and S/A Jimenez had MATA drive the truck tractor and trailer to the Pharr POE.

At approximately 8:58, the truck tractor and trailer was x-rayed and CBP officer Arnold advised that the x-ray showed anomalies in the front-end of the trailer.

At approximately 9:30 pm, DPS CID Special Agents, familiar with the possible location of an access door based on prior seizures, were able to locate and access the door to a compartment in the front of the trailer by removing several screws and panels. DPS CID S/A Agents located 40 small rectangular bundles, wrapped in gray duct tape each further containing a white powdery substance, inside the compartment.

Both CORDOVA and MATA were transported to the McAllen DPS office where S/A Jimenez advised CORDOVA and MATA of their constitutional rights. CORDOVA refused to provide S/A Jimenez a written statement but verbally admitted that he thought that he was transporting 100 pounds of Marihuana. CORDOVA also verbally admitted that he had the compartment in the trailer built about two weeks ago for the purpose of transporting narcotics. MATA provided S/A Jimenez a written statement admitting that CORDOVA and MATA were going to make quick cash and that MATA knew what MATA was getting into. Agents field tested the white powdery substance which indicated positive for cocaine. The 40 small rectangular bundles had an approximate weight of 47 kilograms.